DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SANDRA BERNAL**,
Appellant,

v.

**CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS
FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL
CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3,
LUIS J. GALARZA** and **SONIA GALARZA**,
Appellees.

No. 4D18-891

[June 13, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit; Joel T. Lazarus, Senior Judge; L.T. Case No. CACE 14-016143 (11).

Sandra Bernal, Pembroke Pines, pro se.

No brief filed for appellees.

PER CURIAM.

*Affirmed. See* Fla. R. App. P. 9315(a).

WARNER, FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***